UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MIGUEL BALASSA,<br><br>                Petitioner,<br><br>    v.<br><br>MARTIN GAMBOA,<br><br>                Respondent. | Case No. 1:21-cv-00272-DAD-HBK<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S MOTION TO STAY<br><br>(Doc. No. 12)<br><br>ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE RESPONDENT |

        Petitioner Joaquin Miguel Balassa, a state prisoner proceeding *pro se*, initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging his 2016 conviction entered by the Superior Court in Kern County (case no. BF-156910A). (Doc. No. 1). Respondent moved to dismiss the petition, arguing that some of Petitioner's claims are unexhausted, subjecting the petition to dismissal. (Doc. No. 7). Incorporated within Petitioner's objections to Respondent's motion to dismiss is Petitioner's motion for a stay and abeyance of his petition under *Rhines*. (Doc. No. 12); *Rhines v. Weber*, 544 U.S. 269 (2005). Prior to ruling on Respondent's motion to dismiss, the court will direct Respondent to respond to Petitioner's motion to stay. Respondent need not address the merits of the Petition in its response to the motion to stay.

        Further, Respondent requests that the court substitute Martin Gamboa, warden of Avenal State Prison, as the Respondent in this case. (Doc. No. 7 at 1). "The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is 'the person who has

custody over [the petitioner].'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242); *see also* § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained"). Therefore, the court will order the clerk of court to substitute Martin Gamboa as the Respondent in this case.

**Accordingly**,

1. Respondent shall file a response to Petitioner's motion to stay (Doc. No. 12) no later than June 9, 2021.
2. The clerk of court shall substitute Martin Gamboa as the Respondent in this case. (Doc. No. 7).

IT IS SO ORDERED.

Dated: May 26, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE